IN THE MATTER OF MORRIS WESLER, AN
ATTORNEY AT LAW.

Argued March 7, 1949—Decided March 14, 1949.

*Mr. Harry Gottlieb,* for the rule.

PER CURIAM. Respondent, Morris Wesler, was convicted of the crime of carnal abuse in Atlantic County. His conviction was sustained by the former Supreme Court, 137 *N. J. L.* 311, and by this Court, 1 *N. J.* 58. His name will be stricken from the roll of attorneys.

*For disbarment:* Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*Opposed:* None.